**CLARK & SONS EXCAVATING, L.L.C., Appellant,**

v.

**JACKSON AREA BASEBALL ASSOCIATION, Respondent.**

ED 100030

Missouri Court of Appeals
Eastern District
DIVISION FIVE

Filed: October 28, 2014

Before: Robert M. Clayton III, C.J., Gary M. Gaertner, Jr., J., and Phillip M. Hess, J.

## ORDER

PER CURIAM.

Appellant Clark & Sons Excavating, LLC, (Clark Excavating) appeals the trial court's judgment in favor of Respondent Jackson Area Baseball Association (JABA) on Clark Excavating's breach of contract and quantum meruit claims. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2014).